UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FIDA TAHIRI,

        Plaintiff,

   v.

MICHAEL CHERTOFF, et al.,

        Defendants.

                               NO. CIV. S-07-742 LKK/KJM

O R D E R

The court is in receipt of defendants' motion to dismiss, which is set for hearing on September 28, 2007. The opposition shall be filed by September 10, 2007 at 5:00 p.m., and the reply, if any, shall be filed by September 17, 2007 at 5:00 p.m.

    IT IS SO ORDERED.

    DATED: August 13, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1