UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FIDA TAHIRI,

        NO. CIV. S-07-742 LKK/KJM

    Plaintiff,

  v.                       O R D E R

MICHAEL CHERTOFF, et al.,

    Defendants.

/

In her complaint filed on April 18, 2007, plaintiff alleged that U.S. Citizenship & Immigration Services failed to adjudicate her application for adjustment of status. On August 9, 2007, the agency issued its decision on plaintiff's application. Accordingly, defendants' motion to dismiss is GRANTED.

    IT IS SO ORDERED.

    DATED: September 12, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1